IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARRON FEDDER, | No. 4:23-CV-01678 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BLOOMSBURG UNIVERSITY OF PENNSYLVANIA and PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, | |
| Defendants. | |

## ORDER

**FEBRUARY 13, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 13) is **DENIED** and;

2. Defendants are to file an Answer to Plaintiff's Second Amended Complaint no later than February 27, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge